RECEIVED
OCT 13 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BEAL BANK, S.S.B.** | **CIVIL ACTION NO. CV 05-1163** |
| **VERSUS** | **SECTION L-O** |
| **RICK V. NGUYEN**, *solely for purposes of security interest recognition and enforcement and not in personam,* | **JUDGE DOHERTY** |
| and | **MAGISTRATE JUDGE METHVIN** |
| The documented vessel, **MASTER MACK**, Official Number 1061147, with its engines, machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc., *in rem* | |

## ORDER FOR SALE OF VESSEL

Considering the Motion for Order of Default Judgment and Sale of Vessel filed on behalf of Beal Bank, S.S.B., and after considering the said motion, the pleadings herein, the law and the lack of objection of any party to the sale of the following vessel:

**IT IS ORDERED, ADJUDGED AND DECREED** that the United States Marshal for the Western District of Louisiana be, and is hereby, ordered and directed to sell the vessel MASTER MACK, a documented vessel bearing Official Number 1061147, together with her engines, machinery, equipment, fixtures, electronics, navigation electronics and devices, appurtenances, etc. (the "Vessel"), at public auction to the highest bidder, free and clear of all liens, encumbrances and pre-existing claims on the said vessel on the following terms and conditions:

152788_1.DOC

(a) Such sale will be held November 9, 2005, at 10:00 a.m. (the "Sale Date") at the United States Federal Building, 800 Lafayette Street, Lafayette, Louisiana 70501, telephone (337) 593-5000;

(b) That the sale is to be advertised pursuant to Local Admiralty Rule 64.6 by public notice containing the substance of this Order in The Advertiser, a newspaper published in Lafayette, Louisiana on three different days, the first of which shall be published at least ten (10) days prior to the Sale Date and the last of which at least three (3) days before the Sale Date;

(c) The successful highest bidder for the Vessel shall deposit with the United States Marshal for the Western District of Louisiana at the close of said sale ten (10%) percent of the purchase price of the Vessel by certified or cashiers' check drawn on or obtained from a Lafayette, Louisiana bank or a national bank located within the jurisdiction of this Court. The payment of the balance of the purchase price of the Vessel shall be made to the United States Marshal for the Western District of Louisiana in cash or by certified check drawn on obtained from a Lafayette, Louisiana bank or a national bank located within jurisdiction of this Court within seven (7) days of the consummation of the sale, or within such further time as may be allowed by this Court. In the event of default by the highest bidder in consummating the purchase, the deposit will be forfeited and placed in the registry of this Court pending further orders of this Court;

(d) Said sale shall be "as is, where is" and free and clear of all liens, encumbrances and pre-existing claims on the Vessel, whether recorded or otherwise;

(e) The Vessel presently lies afloat at 24623 LA Highway 333, Intracoastal City, Louisiana and those interested in inspecting the Vessel can do so by making the proper arrangement with the Court-appointed Substitute Custodian, Vermilion Gulf Seafood Co.,

c/o Chuck Nguyen, whose telephone number is (337) 319-1477, provided that any person wishing to inspect the Vessel must execute a Hold Harmless Agreement and Waiver in the form attached hereto;

(f)     The purchaser must be eligible to own a documented vessel of the United States as set forth in 46 U.S.C. § 12102. If the purchaser is not such an eligible person, the deposit shall be placed in the registry of this Court pending further orders of this Court; and

(g)     All prospective purchasers must register with the United States Marshal at least one hour before the time of sale, and at that time must provide proof of financial responsibility to pay the amount of any bid which such party may make. This proof may be in the form of a letter of credit or other proof satisfactory to the United States Marshal.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the proceeds of said sale shall remain in the registry of this Court pending further orders of this Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, notwithstanding the foregoing, Beal Bank, S.S.B. is hereby authorized, at its option, to credit bid up to the total amount owed to Beal Bank, S.S.B. on the promissory note executed by Defendant Rick V. Nguyen, which note is secured by a preferred ship mortgage affecting the Vessel, namely $396,462.99, accrued interest of $8,801.87 as of May 11, 2005, plus *per diem* interest (based on a variable rate) currently in the amount of $93.61 until paid, negative escrows of $2,917.66, late charge fee of $2,972.66, plus reasonable attorneys fees, without the necessity of cash deposit or

3

c/o Chuck Nguyen, whose telephone number is (337) 319-1477, provided that any person wishing to inspect the Vessel must execute a Hold Harmless Agreement and Waiver in the form attached hereto;

(f)     The purchaser must be eligible to own a documented vessel of the United States as set forth in 46 U.S.C. § 12102. If the purchaser is not such an eligible person, the deposit shall be placed in the registry of this Court pending further orders of this Court; and

(g)     All prospective purchasers must register with the United States Marshal at least one hour before the time of sale, and at that time must provide proof of financial responsibility to pay the amount of any bid which such party may make. This proof may be in the form of a letter of credit or other proof satisfactory to the United States Marshal.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the proceeds of said sale shall remain in the registry of this Court pending further orders of this Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, notwithstanding the foregoing, Beal Bank, S.S.B. is hereby authorized, at its option, to credit bid up to the total amount owed to Beal Bank, S.S.B. on the promissory note executed by Defendant Rick V. Nguyen, which note is secured by a preferred ship mortgage affecting the Vessel, namely $396,462.99, accrued interest of $8,801.87 as of May 11, 2005, plus *per diem* interest (based on a variable rate) currently in the amount of $93.61 until paid, negative escrows of $2,917.66, late charge fee of $2,972.66, plus reasonable attorneys fees, without the necessity of cash deposit or

3

152788_1.DOC

payment, provided the United States Marshal's costs, commission and expenses, and all outstanding costs are satisfied.

Signed in Lafayette, Louisiana, this 12 day of October, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 10.13.05
BY ms
TO USM (3/cc
w/ agreement & waiver)

4

152788_1.DOC